UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES BEARD, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-1446-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>**(ECF Nos. 11, 12)**<br><br>**SIXTY (60) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

The Court screened Plaintiff's complaint (ECF No. 1), dismissed all but one claim as non-cognizable, and ordered Plaintiff to file an amended complaint or notify the court he was willing to proceed on his cognizable claim within thirty days. (ECF No. 10.) Plaintiff failed to amend or notify before the thirty-day deadline elapsed. Accordingly, on April 1, 2015, the Court ordered Plaintiff to file an amended pleading or show cause why the action should not be dismissed. (ECF No. 11.) On April 20, 2015, Plaintiff requested a sixty-day extension of time to file an amended complaint. (ECF No. 12.)

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause (ECF No. 11), filed April 1, 2015, is discharged;

2. Plaintiff shall file a signed, amended pleading within sixty (60) days of the date of service of this order; and

3. If Plaintiff fails to file a signed amended pleading in compliance with this order, the undersigned will recommend that the action be dismissed, with prejudice, for failure to state a claim and failure to prosecute, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Di Vittorio</u>, 658 F.3d 1090, 1098 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   April 26, 2015                           /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE