1  KAMALA D. HARRIS
   Attorney General of California
2  MONICA N. ANDERSON
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG, State Bar No. 119194
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-2595
6   Fax: (916) 324-5205
    E-mail: Lawrence.Bragg@doj.ca.gov
7  *Attorneys for Defendants Biter, Brown and Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RAYMOND MENDEZ,** | 1:13-cv-1446 LJO SAB |
| Plaintiff, | **STIPULATION FOR LEAVE TO EXTEND THE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |
| v. | |
| **JAMES BEARD, et al.,** | |
| Defendants. | |

IT IS STIPULATED by and between the Plaintiff Mendez, and Defendants Brown, Biter and Cate, that in light of the ongoing efforts of the parties to: (1) meet and confer concerning a Motion to Dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6); (2) pursue a stay of the above action in light of the pleadings issues in the related cases, *Jackson, et al. v. Brown, et al.*, No. 1:13-cv-01055-LJO-SAB, and *Smith, et al. v. Schwarzenegger, et al.*, No. 1:14-cv-0060-LJO-SAB; and (3) the unavailability of defense counsel, who will be out of the state on October 5, 2015, when a responsive pleading currently is due to be filed, Defendants Brown, Biter and Cate will be granted an extension of time up to and including October 26, 2015, to respond to the First Amended Complaint.

///

1

SO STIPULATED.

Dated:  September 29, 2015                             Respectfully submitted,

BOUCHER, LLP

*/s/ Milin Chun*

MILIN CHUN
*Attorneys for Plaintiff Mendez*


KAMALA D. HARRIS
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Deputy Attorney General
*Attorneys for Defendants
Brown, Biter, and Cate*

### ORDER

In light of the stipulation of the parties, and good cause appearing, Defendants Brown, Biter and Cate are granted an extension of time up to and including October 26, 2015, to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:  **September 30, 2015**

UNITED STATES MAGISTRATE JUDGE