1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

FRESNO DIVISION

11
12
13
14
15
16
17
18

| | |
|---|---|
| **RAYMOND MENDEZ,** | Case No. 1:13-cv-01446 LJO SAB |
| Plaintiff, | ORDER DENYING MOTION BY STIPULATION TO STAY PROCEEDINGS; VACATING THE NOVEMBER 10, 2015 SCHEDULING CONFERENCE AND REQUIRING DEFENDANTS TO FILE A RESPONSIVE PLEADING BY DECEMBER 11, 2015 |
| **v.** | |
| **JAMES BEARD, et al.,** | |
| Defendants. | (ECF No. 28) |

19
20
21
22
23
24
25
26
27
28

On October 2, 2015, the parties filed a joint motion by stipulation to stay these proceedings while the pleadings in the related cases of Jackson, et al. v. Brown, et al., No. 1:13-cv-01055-LJO-SAB, and Smith, et al. v. Schwarzenegger, et al., No. 1:14-cv-0060-LJO-SAB, are finalized. On October 16, 2015 the Court conducted a status conference in several of these related cases. During the October 16, 2015 conference, the parties discussed the necessity for a stay and the Court's concern that these actions not stagnant unnecessarily on the Court's docket.

Counsel for Plaintiffs are attempting to resolve how this action will proceed based on the decisions in Jackson and Smith finding that Defendants are entitled to qualified immunity on the Eighth Amendment claims. The parties are discussing how the qualified immunity decision will

1

1  impact the additional claims that are raised in these actions.  Counsel for the parties agreed at the

2  October 16, 2015 hearing that the deadline to file a responsive document in these related cases

3  shall be extended to December 11, 2015 to allow the parties an opportunity to consider their

4  options due to the qualified immunity findings.  Therefore, the stipulation to stay the proceedings

5  at this time is denied without prejudice and the scheduling conference set for November 10, 2015

6  shall be vacated.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.      The motion to stay this action is DENIED without prejudice;

9          2.      Defendants shall file a pleading responsive to the first amended complaint on or

10                 before December 11, 2015; and

11         3.      The scheduling conference set for November 10, 2015 is VACATED and the

12                 parties are not required to appear on that date.

13

14  IT IS SO ORDERED.

15  Dated:   **October 19, 2015**          _____

16                                          UNITED STATES MAGISTRATE JUDGE