# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IDRIS NAWABI,<br><br>　　　　　Plaintiff,<br>　v.<br><br>EDMUND G. BROWN, et. al.,<br><br>　　　　　Defendant.<br><br>MIGUEL ANGEL MORALES,<br><br>　　　　　Plaintiff<br>　v.<br><br>EDMUND G. BROWN, et. al.,<br><br>　　　　　Defendant.<br><br>RUBEN CHAVARRIA, et. al.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>EDMUND G. BROWN, et. al.,<br><br>　　　　　Defendant. | Case No. 1:13-cv-00272-LJO-SAB<br>Case No. 1:14-cv-01717-LJO-SAB<br>Case No. 1:15-cv-00223-LJO-SAB<br>Case No. 1:15-cv-00648-LJO-SAB<br>Case No. 1:15-cv-00808-LJO-SAB<br>Case No. 1:15-cv-00817-LJO-SAB<br>Case No. 1:15-cv-00814-LJO-SAB<br>Case No. 1:15-cv-00816-LJO-SAB<br>Case No. 1:15-cv-00902-LJO-SAB<br>Case No. 1:13-cv-01446-LJO-SAB<br>Case No. 1:15-cv-00955-LJO-SAB<br><br>**ORDER**<br><br>The Hon. Lawrence J. O'Neill |

MELVIN COOPER, et. al.,

       Plaintiff,
  v.

EDMUND G. BROWN, et. al.,

       Defendant.

LUIS NEGRON,

       Plaintiff,
  v.

EDMUND G. BROWN, et. al.,

       Defendant.

ANDRE MCCLINTON,

       Plaintiff,
  v.

EDMUND G. BROWN, et. al.,

       Defendant.

RICHARD BURGOS,

       Plaintiff,
  v.

EDMUND G. BROWN, et. al.,

       Defendant.

TERRENCE HARRIS,

       Plaintiff,
  v.

| |
|---|
| EDMUND G. BROWN, et. al., |
|        Defendant. |
| CHRISTOPHER PEARLMAN, |
|        Plaintiff,<br>v. |
| EDMUND G. BROWN, et. al., |
|        Defendant. |
| RAYMOND MENDEZ, |
|        Plaintiff,<br>v. |
| JEFFREY BEARD, et. al., |
|        Defendant. |
| TOM HYATT, |
|        Plaintiff,<br>v. |
| EDMUND G. BROWN, et. al., |
|        Defendant. |

The parties stipulate that proceedings in the above-captions matters be stayed until the resolution of the appeals in *Smith, et al. v. Schwarzenegger, et al.*, appeal no. 15-17155, *Hines v. Youssef*, appeal no. 15-16145, and *Jackson, et al. v. Brown, et al.*, appeal no. 15-17076.

Pursuant to that stipulation, the Court:

Vacates the December 1, 2015, deadline for Plaintiffs to file a Third Amended Complaint in *Nawabi v. Brown, et al.*, No. 1:13-cv-00272-LJO-SAB.

Vacates the December 11, 2015, deadline for Defendants to file a pleading responsive to the complaint in *Burgos v. Brown, et al.*, No. 1:15-cv-00814; *Chavarria, et al. v. Brown, et al.*, No. 1:15-cv-00223; *Cooper v. Brown, et al.*, No. 1:15-cv-00648; *Harris v. Brown, et al.*, 1:15-cv-00816; *Hyatt v. Brown, et al.*, 1:15-cv-00955-LJO-SAB; *McClinton v. Brown, et al.*, No. 1:15-cv-00817; *Mendez v. Beard, et al.*, 1:15-cv-01446-LJO-SAB; *Negron v. Brown, et al.*, 1:15-cv-00808; and *Pearlman v. Brown, et al.*, No. 1:15-cv-00902.

IT IS SO ORDERED.

Dated: **November 30, 2015**         **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE