UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | OLD CASE NO: 1:13-cv-01446-DAD-SAB<br>NEW CASE NO: 1:13-cv-01446-LJO-SAB<br><br>ORDER REASSIGNING CASE |

　　　The above-captioned case recently was reassigned automatically from District Judge Lawrence J. O'Neill to District Judge Dale A. Drozd for all purposes to balance this Court's caseloads. However, due to the stage of this particular case, its relatedness to cases before District Judge Lawrence J. O'Neill, and to avoid Court resource duplication, the above-caption action is REASSIGNED from District Judge Dale A. Drozd to District Judge Lawrence J. O'Neill for all purposes. The new case number for this action, which must be used on all documents filed with the court, is:

**1:13-cv-01446-LJO-SAB**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

**IT IS SO ORDERED**
**Dated: December 9, 2015**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**IT IS SO ORDERED**
**Dated: December 9, 2015**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Dale A. Drozd**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1